## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ERIC FLORES,

     Plaintiff,                               Case No.: 3:14-CV-037

     vs.

UNITED STATES                         District Judge Walter H. Rice
ATTORNEY GENERAL, *et al.*,         Magistrate Judge Michael J. Newman

     Defendants.

---

### ORDER ADOPTING REPORT AND RECOMMENDATION

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Plaintiff's complaint (Doc. #3) is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).  If Plaintiff appeals this case to the Sixth Circuit Court of Appeals, he should be denied a certificate of appealability and leave to proceed *in forma pauperis*.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on February 11, 2014 (Doc. #2) is **ADOPTED** in full;

2. Plaintiff's complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

3. This case is terminated on the docket of this Court.

Date: 3-3-14

                                     WALTER HERBERT RICE
                                 UNITED STATES DISTRICT JUDGE